# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

JOSEPH S. ANGELL,

Plaintiff,

vs.

WALMART STORES EAST, L.P.

Defendant.

CIVIL DIVISION

Docket No. :

**PRAECIPE FOR WRIT OF SUMMONS**

Filed on behalf of Plaintiff:
Joseph S. Angell

Counsel of Record for this Party:
Alexander Stephenson, Esquire
Pa I.D. # 334648

Woomer & Talarico
Three Parkway Center, Suite 300
Pittsburgh, PA 15220
Tele # (412) 388-0848
Fax # 412-388-0946
Email: astephenson@woomerlaw.com

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

JOSEPH S. ANGELL,

Plaintiff,

vs.

WALMART STORES EAST,
L.P.

Defendant.

CIVIL DIVISION

Docket No. :

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

TO: DEPARTMENT OF COURT RECORDS, ALLEGHENY COUNTY

Kindly issue a Writ of Summons in Civil Action against the above-named Defendant.

Respectfully submitted December 5th, 2024.

Woomer & Talarico

BY: ______________________

Alexander Stephenson
Attorney for Plaintiff
PA I.D. #: 334648

Three Parkway Center, Suite 300
Pittsburgh, PA 15220
Tele # (412) 388-0848